x:\tc51623\appear

WDJ/ls
File No.: TC-51623

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
ENRIQUE MENDOZA AND MARIA DE MENDOZA,

                Plaintiffs,

     -against-

100 CHURCH, LLC, 222 BROADWAY, LLC, 90
CHURCH STREET LIMITED PARTNERSHIP, ALAN
KASMAN DBA KASCO, AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION, BATTERY
PARK CITY AUTHORITY, BELFOR USA GROUP,
INC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
MANAGERS OF THE HUDSON VIEW EAST
CONDOMINIUM, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., CHASE MANHATTAN
BANK CORPORATION, CUNNINGHAM DUCT
CLEANING CO., INC., CUSHMAN & WAKEFIELD,
INC., ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HUDSON VIEW
EAST CONDOMINIUM, HUDSON VIEW TOWERS
ASSOCITES, INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING P.C., MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., RY
MANAAGEMENT CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, RY
MANAGEMENT, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVICES, INC., SWISS

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

BANK CORPORATION, TOSCORP INC., TRC
ENGINEERS, INC., WESTON SOLUTIONS, INC., WFP
TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, WFP TOWER B. CO., L.P. WFP TOWER D CO.
G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP
TOWER D HOLDING CO. II L.P., WFP TOWER D
HOLDING I. G.P. CORP., WFP TOWER D. CO., L.P.,
AND ZAR REALTY MANAGEMENT CORP., ET AL,

       Defendants.
-------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 10, 2007

            _____
            WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
            BARRY, McTIERNAN & MOORE
            Attorneys for Defendants
            STRUCTURE TONE, INC. s/h/a
            STRUCTURE TONE (UK), INC. and
            STRUCTURE TONE GLOBAL SERVICES, INC.
            2 Rector Street – 14th Floor
            New York, New York  10006
            (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York  10006
(212) 267-3700