UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------x
ENRIQUE MENDOZA (AND WIFE MARIA DE MENDOZA),   (AKH) 07CV5302

        Plaintiffs,

 -against-

100 CHURCH LLC,
222 BROADWAY LLC,
90 CHURCH STREET LIMITED PARTNERSHIP,
ALAN KASMAN DBA KASCO,
AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BELFOR US GROUP INC.,
BLACKMON-MOORING-STEAMATIC CATASTOPHE,
INC. d/b/a BMS CAT,
BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM,
BOSTON PROPERTIES, INC.,
BROOKFIELD FINANACIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.P.,
BROOKFIELD PARTNERS, L.P.,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
CHASE MANHATTAN BANK CORPORATION.,
CUNNINGHAM DUCT CLEANING CO. INC.,
CUSHMAN & WAKEFIELD, INC.,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.
KASCO RESTORATION SERVICES, CO.,
LAW ENGINEERING, PC,
MERRILL LYNCH & CO., INC.
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
RY MANAGEMENT CO INC.,

RY MANAGEMENT,
ROYAL AND SUN ALLIANCE INSURANCE GROUP, PLC,
STRUCTURE TONE GLOBAL SERVICES,INC.
STRUCTURE TONE, (UK), INC.,
SWISS BANK CORPORATION,
TOSCORP INC.,
TRC ENGINEERS, INC.,
WESTON SOLUTIONS, INC.,
WFP TOWER B CO. GP CORP.,
WFP TOWER B HOLDING CO., LP.,
WFP TOWER B CO., LP,
WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP,
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP,
WFP TOWER D CO LP,
ZAR REALTY MANAGEMENT CORP.,

         Defendants.

------------------------------------------------------------------------x

# DEFENDANT ENVIROTECH CLEAN AIR INC.'S ANSWER TO THE COMPLAINT BY ADOPTION ("CHECK-OFF COMPLAINT")

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
      September 14, 2007

                          Yours, etc.
                          FRIEDMAN, HARFENIST, LANGER & KRAUT
                          Attorneys for Defendant –Envirotech
                          3000 Marcus Avenue, Suite 2E1
                          Lake Success, New York 11042
                          (516) 775-5800

            BY: _____
                          Heather L. Smar (4622)