Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   21 MC 102 (AKH)

ENRIQUE MENDOZA (AND WIFE, MARIA DE MENDOZA,

          Plaintiff(s),

  -against-

100 CHURCH, LLC, *et al.*,

          Defendant(s).
----------------------------------------------------------X

Index No.: 07-CV-05302

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 7, 2007

                            Yours etc.,

                            McGIVNEY & KLUGER, P.C.
                            Attorneys for Defendants
                            90 CHURCH STREET LIMITED PARTNERSHIP
                            and BOSTON PROPERTIES, INC.

                            By: _____
                                Richard E. Leff (RL-2123)
                                80 Broad Street, 23rd Floor
                                New York, New York 10004
                                (212) 509-3456

TO:   WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel