UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ENRIQUE MENDOZA (AND WIFE, MARIA DE MENDOZA), | 07-CV-5302-AKH |
| Plaintiff, | **APPEARANCE** |
| - against - | |
| 100 CHURCH, LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York             DICKSTEIN SHAPIRO LLP
       October 3, 2007
                                      By:    ___/s/ Judith R. Cohen___
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501
                                             *Attorney for Defendants*
                                             MERRILL LYNCH & CO., INC. and
                                             222 BROADWAY, LLC

DOCSNY-271319v01